UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CURT-ALLEN SIGLER and
DAWN FRANK,

        Plaintiffs,

v.                                **ORDER**
                                Civil File No. 18-2593 (MJD/LIB)

STEARNS COUNTY, et al.,

        Defendants.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated October 4, 2018. No formal objections have been filed to the Report and Recommendation; however, the Court did receive an envelope with both handwritten and typed messages written on the outside. [Docket No. 7]

Out of an abundance of caution, the Court treats the envelope as an objection and, pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Brisbois dated October 4, 2018.

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated October 4, 2018 [Docket No. 6].

2. This action is **DISMISSED WITHOUT PREJUDICE**, pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

3. Plaintiffs' application to proceed in forma pauperis [Docket No. 4] is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  December 4, 2018           s/ Michael J. Davis
                                   Michael J. Davis
                                   United States District Court